UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA  ) Case Number: CR 00-4070-SNOW
           Plaintiff )
                     )  REPORT COMMENCING CRIMINAL
   -vs-              )  ACTION
                     )
ALVAREZ, MARIO       )  60531-004
     Defendant       USMS Prisoner No:

FILED by MAG. SEC. APR 10 2000 CLARENCE MADDOX U.S. DIST. FLA. MIAMI D.C.

TO: Clerk's Office   MIAMI   FT. LAUDERDALE   W. PALM BEACH
    U.S. District Court         FT. PIERCE
                        (circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 4-6-2000 / 12:45 am/**pm**

(2) Language Spoken: SPANISH

(3) Offense(s) Charged: 21 USC 952 IMPORTATION/CONSP COCAINE

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 4-16-43

(6) Type of Charging Document: (check one)
    [ ] Indictment  [X] Complaint to be filed/already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 4-6-2000  (9) Arresting Officer: Celestino

(10) Agency: DEA  (11) Phone: 954-489-1700

(12) Comments: _____