UNITED STATES OF AMERICA
SOUTHERN DISTRICT COURT

CASE NO. 00-4070 SNOW

UNITED STATES OF AMERICA,

v.

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**

MARIO ALVAREZ

FILED by _____ D.C.
MAG. SEC.
APR 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

COMES NOW  H. FRANK RUBIO

files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any **personal surety bond** which may be set.

Counsel's Name (**Printed**)  H. FRANK RUBIO

Counsel's Signature  H. Frank Rubio

Address  10800 BISCAYNE BOULEVARD SUITE 570
MIAMI, FLA. 33161   ZIP CODE: 33161

Telephone (305) 892-5297