COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER · FORT LAUDERDALE

DEFT: Mario Alvarez (J)#     CASE NO: 00-4070-LSS
AUSA: Larry Bardfeld _present_     ATTNY: Frank Rubio _present_
AGENT: ___     VIOL: ___
PROCEEDING: PTD Hearing / Inquiry re counsel     BOND REC: ___
BOND HEARING HELD — yes/no    COUNSEL APPOINTED: ___

FILED ___ D.C.
APR 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

___ BOND SET @ ___
CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___
    ___ Electronic Monitoring ___

Govt proceeds by proffer

(Circle One)
Interpreter Requested
No Interpreter
Not Sworn
_[signature]_
(Specify Language)

Agent sworn — James Houk

PTD ordered

NEXT COURT APPEARANCE:    DATE:        TIME:        JUDGE:
INQUIRY RE COUNSEL:        4-19-00      11:00am      BSS
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: XXXXX   4-19-00   11:00am   BSS
STATUS CONFERENCE: ___
DATE: 4-11-00    TIME: 10:30am    TAPE # 00-024   PG # 4
                                                1403 2620