COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Mario Alvarez (J)#           CASE NO: 00-6096-CR-Dimitrouleas ~~00-4070-LSS~~
AUSA: Larry Bardfeld               ATTNY: Frank Rubio present
AGENT: _____                    VIOL: _____
PROCEEDING: ~~Prelim~~/Arraignment/ Inquiry re Counsel    BOND REC: _____
BOND HEARING HELD - yes/no         COUNSEL APPOINTED: _____
___ BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House ___ Electronic Monitoring

FILED by ___ D.C.
APR 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA- FT. LAUD.

Needs more time
Matter reset

NEXT COURT APPEARANCE:   DATE:         TIME:        JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
(PRELIM)/ARRAIGN. OR REMOVAL:  5-2-00   ~~11:00am~~ 10:00am   ~~Snow~~ Johnson
STATUS CONFERENCE: _____

DATE: 4-19-00     TIME: 11:00am     TAPE # 00-030   PG # 3
286-340
14