| | | | |
|---|---|---|---|
| DEFT: | Mario Alvarez (J)# | CASE NO: | 00-6096-CR-Dimitrouleas |
| AUSA: | Larry Bardfeld *present* | ATTNY: | Frank Rubio *present* |
| AGENT: | | VIOL: | |
| PROCEEDING: | Inquiry re Counsel/Arraignment | BOND REC: | |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
MAY 9 2000
CLARENCE MADDOX
C EPK U S. DIST. CT.
S. D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

(signature)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 5-24-00 | 11:00am | Snow |
| STATUS CONFERENCE: | | | |

DATE: 5-9-00    TIME: 11:00am    TAPE # 00-033    PG # 10

2770-2860