

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6096-CR-Dimitrouleas

UNITED STATES OF AMERICA
vs
Mario Alvarez

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry
Seltzer on      5-9-00              , where the Defendant was arraigned and
plea of NOT GUILTY was entered.  Defendant and ~~appointed~~/retain
counsel of record will be noticed for trial by the District Court Jud
assigned to this case. The following information is current as of this dat

DEFENDANT:           Address:_____In Custody_____

                     Telephone:_____

DEFENSE COUNSEL:     Name:_____Frank Rubio_____

                     Address:_____

                     Telephone:_____

BOND SET/CONTINUED:  $_____Remains in Custody_____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this___9____day of ___May_____, 20_00_.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK
By: _____
    Deputy Clerk

Tape No. 00- _033_

cc: Clerk for Judge
    U. S. Attorney