UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-Cr-DIMITROULEAS
Mag. Case No. 00-4070-Snow

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARIO ALVAREZ,

    Defendant.

_____/

RECEIVED & FILED IN OPEN COURT
ON 5-9-00 AT
_____, FLA.
Carlos Juenke, Clerk
United States District Court
Southern District of Florida

## NOTICE OF APPEARANCE OF COUNSEL

Comes Now, H. Frank Rubio and files this Notice of Appearance as counsel for the Defendant, Mario Alvarez, as trial counsel only, with the consent of the defendant endorsed herein, pursuant to Rule 11.1 and 88.7, Local Rules, United States District Court for the Southern District of Florida.

Please direct all further correspondence, notices, and service of pleadings to undersigned counsel at the address set forth below.

Request is made that the Clerk of Court furnish counsel with a copy of the complaint, arrest affidavit and Indictment in this cause.

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered to Assistant U.S. Attorney Larry Bardfeld, U.S. Attorney's Office 500 E. Broward Boulevard, Suite 700, Fort Lauderdale 33394-3002

Carlos Alvarez
I Hereby Consent to the above described
Notice of Appearance

H. Frank Rubio, Fla. Bar # 212245
Law Offices of H. Frank Rubio
10800 Biscayne Boulevard
Suite 570
Miami, Florida 33161
Tel. (305) 892-5297
Fax. (305) 758-2373

