UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6096 Cr-DIMITROULEAS
Mag. Case No. 00-4070-Snow

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARIO ALVAREZ,

    Defendant.

_____/

### NOTICE OF APPEARANCE OF COUNSEL

Comes Now, H. Frank Rubio and files this Notice of Appearance as counsel for the Defendant, Mario Alvarez, as trial counsel only, pursuant to Rule 11.1 and 88.7, Local Rules, United States District Court for the Southern District of Florida.

Please direct all further correspondence, notices, and service of pleadings to undersigned counsel at the address set forth below.

Request is made that the Clerk of Court furnish counsel with a copy of the complaint, arrest affidavit and Indictment in this cause.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Assistant U.S. Attorney Larry Bardfeld, U.S. Attorney's Office 500 E. Broward Boulevard, Suite 700, Fort Lauderdale 33394-3002 on this 16th. day of May, 2000.

                          H. Frank Rubio, Fla. Bar # 212245
                          Law Offices of H. Frank Rubio
                          10800 Biscayne Boulevard
                          Suite 570
                          Miami, Florida 33161
                          Tel. (305) 892-5297
                          Fax. (305) 758-2373

