HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __SEAN FITZGERALD THOMPSON__ CASE NO: __00-6114-CR-ZLOCH__
AUSA __LYNN ROSENTHAL__/Hummel ATTY FPD __Smargon__
Disc going out - possible plea    00-021
June 7 for motions                 -C 1478

DEFT __JOEL HERNANDEZ-CASTELLANOS__ CASE NO: __00-6112-CR-ZLOCH__
AUSA __BERTHA MITRANI__/Hummel ATTY FPD __Wilcox__
Disc out - no pending motions - no tape
possible plea - 6-7 for motion   @ 1520

DEFT __MARIO ALVAREZ__ CASE NO: __00-6096-CR-DIMITROULEAS__
AUSA __LARRY BARDFELD__/Hummel ATTY __FRANK RUBIO__ - plea
pro se  Juan Gonzalez, Esq. for Omar Campos
Disc out - possible plea - 6-7 for mots @ 1566

DEFT __JUDE CHARLES FREDERICK__ CASE NO: __00-6107-CR-ZLOCH__
AUSA __BRUCE BROWN__/Hummel ATTY FPD __Smargon__
Disc out - no tape - poss. plea
                                    @ 1614

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DATE __5/24/00__ TIME __10:00__