UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6096-CR-DIMITROULEAS

UNITED STATES OF AMERICA,       :

    Plaintiff,              :

v.                              :

MARIO ALVAREZ, et al.,          :

    Defendants.             :



**STATUS REPORT**

A status conference was held in this cause on May 24, 2000. At that conference, the parties informed the Court as follows:

1. Discovery was provided at the status conference.

2. Counsel for the defendants shall have until June 7, 2000, within which to file pretrial motions.

3. This case may will be resolved by way of pleas.

DATED at Fort Lauderdale, Florida, this 25th day of May, 2000.

                          LURANA S. SNOW
                          UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Larry Bardfeld (FTL)
Frank Rubio, Esq.
Juan Gonzalez, Esq.