## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6096-CR-WPD     DATE: June 12, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: Spanish

UNITED STATES OF AMERICA    VS. Mario Givarez, Omar Campos

U.S. ATTORNEY: Roy Bradlek     DEFT. COUNSEL: Frank Rubio, Bob Berube

REASON FOR HEARING: Calendar Call / Status Cnf.

RESULT OF HEARING: Defendants' joint motion to continue trial is Granted. The Court finds that the time from today until trial is deemed excludable under Speedy Trial Act.

JUDGMENT: _____

CASE CONTINUED TO: 7/7/00     TIME: 9:00     FOR: Cal. Call
                   7/10/00            @ 9:00          trial period

MISC: _____

