**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6096-CR   DATE: July 7, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: Spanish

UNITED STATES OF AMERICA   VS.   Mario Alvarez (J)

U.S. ATTORNEY: Laurence Bardfeld   DEFT. COUNSEL: H. Frank Rubio

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: _____

JUDGMENT: _____

CASE CONTINUED TO: July 11, 2000   TIME: 9:00 a.m   FOR: Change of Plea

MISC: _____

