## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

REC'D by 04 D.C.
JUL 11 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NUMBER: 00-6096-CR   DATE: July 11, 2000
COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff
 by Amy Jordan
INTERPRETER: Spanish
PROBATION: _____

UNITED STATES OF AMERICA   vs.   Mario Alvarez
U.S. ATTORNEY: Laurence Bardfeld   DEFT. COUNSEL: H. Frank Rubio

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Defendant's change of Plea accepted as to Count One (1).

JUDGMENT: _____

CASE CONTINUED TO: September 22, 2000   TIME: 11:30 a.m.   FOR: Sentencing

MISC: _____

