**CRIMINAL MINUTES**

FILED by _____ D.C.
SEP 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6096-CR-WPD   DATE: September 22, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA   VS.  Mario Alvarez

U.S. ATTORNEY: Lawrence Bardfeld   DEFT. COUNSEL: Frank Rubino

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
87 months BOP, 5 years Supervised Release, no Fine, $100 Assessment.

Dft's m/ Continue Sentencing is denied. Court recommends designation to SD/FL and that dft receive drug treatment while in prison.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Dft informed of Right to Appeal

