ALVAREZ.35

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6096-CR-DIMITROULEAS

UNITED STATES OF AMERICA )
)
)
vs. )
)
)
MARIO ALVAREZ, )
)
_____)

**NIGHT BOX**
**FILED**

DEC 2 1 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE
### BASED ON DEFENDANT'S SUBSTANTIAL ASSISTANCE

Pursuant to Rule 35 (b) of the Federal Rules of Criminal
Procedure, the United States of America moves for a reduction of
MARIO ALVAREZ's (hereinafter the defendant) sentence, based on
the substantial assistance he has provided to the Government, and
requests that this Court schedule a hearing on the motion.  The
defendant has provided substantial assistance in the
investigation and prosecution of others involved in criminal
activity.  The information provided by the defendant has been
truthful and reliable.  The defendant has provided assistance in
a timely manner. As grounds for the motion, the United States
submits the following:



1. On or about September 22, 2000, Defendant MARIO ALVAREZ
was sentenced to 87 months imprisonment, and 5 years of
supervised release for his involvement in a conspiracy to import
cocaine into the United States.

2.  Defendant provided information against his codefendant,
and has provided other information about the manner in which the
importation was committed.  The information provided by ALVAREZ
was truthful, accurate and reliable.

3.   The Court will be apprised of the full nature and
extent of Defendant's substantial assistance at any hearing on
the Motion for Reduction of Sentence.

WHEREFORE, the United States respectfully requests that this
Court reduce MARIO ALVAREZ's sentence based on the substantial
assistance he has provided law enforcement personnel, and
schedule a hearing on the motion so the Court can be apprised of
the full nature and extent of his cooperation.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
LAURENCE M. BARDFELD
Assistant U.S. Attorney
Federal Courthouse
500 East Broward Blvd., #700
Ft. Lauderdale, Florida  33301
(954) 356-7255, Fax: 356-7228
Fla. Bar No. 712450

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the
foregoing was mailed/hand-delivered this ___21ˢᵗ___ day of December,
2000, to: H. Frank Rubio, Esquire, 10800 Biscayne Boulevard,
Suite 570, Miami, FL 33161.


                            _____
                            LAURENCE M. BARDFELD
                            ASSISTANT U.S. ATTORNEY