UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO. 00-6096-CR-DIMITROULEAS

    Plaintiff,

vs.

MARIO ALVAREZ,

    Defendant.
_____/

## ORDER SETTING HEARING

THIS CAUSE having been heard upon Government's December 21, 2000, Motion For Reduction of Sentence [DE-57], the Court sets a hearing for February 28, 2001 at 1:15 P.M. The Government shall obtain whatever writs or orders necessary to secure the Defendant's presence at the hearing.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of January, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Herman Frank Rubio, Jr., Esquire
10800 Biscayne Boulevard, #570
Miami, FL 33161-7400

Laurence Bardfeld, AUSA

