# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6096-CR-WPD    DATE: February 28, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Mario Alvarez

U.S. ATTORNEY: Laurence Bardfeld    DEFT. COUNSEL: Frank Rubio

REASON FOR HEARING: Rule 35 - Motion to Reduce Sent.

RESULT OF HEARING: Gov's motion to Reduce is granted. Sentence is Reduced to 48 months. Court recommends designation to a South Florida facility

---

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: _____