UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
Plaintiff,

CASE NO. 00-6096-CR-DIMITROULEAS

vs.

MARIO ALVAREZ
Defendant.

## ORDER

THIS CAUSE having been heard before the Court on February 28, 2001 upon the Government's Motion for Sentence Reduction pursuant to F.R.Crim. P. 35 (b). Upon consideration of the government's motion and being duly advised, it is

ORDERED AND ADJUDGED that the aforementioned motion be and the same is hereby GRANTED.

The sentence of imprisonment previously imposed is reduced to 48 months Imprisonment. All other aspects of the sentence remain the same as previously imposed. The Court recommends that the defendant be designated to a south Florida facility.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of February, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Laurence Bardfeld, AUSA
Frank Rubio, Jr., Esq.
U.S. Probation Office
U. S. Marshal

