UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MAR 31 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES OF AMERICA,
**Plaintiff**

V.                                    CASE NO. 00-6096-CR-DIMITROULEAS

Mario Alvarez
**Defendant**

___

### ORDER GRANTING MOTION FOR
### PERMISSION TO TRAVEL INTERNATIONALLY

THIS CAUSE came on before the Court upon Probation Officer Doris Torres' request, dated March 25, 2003, regarding permission for the defendant to travel to Costa Rica. The Court, after having reviewed the issues at hand, the Motion to Travel is **GRANTED**.

DONE AND ORDERED in Chambers at ~~Miami, Miami-Dade~~ Ft. Lauderdale, Broward County, Florida this 28 day of March 2003.

The Honorable William P. Dimitrouleas, Judge
U.S. District Court, ~~Miami~~ Ft. Lauderdale, Florida

cc:
AUSA Laurence Bardfeld
U.S. Probation Office

## NOTICE TO ATTORNEYS AND LITIGANTS

Please be advised that effective Tuesday, February 5, 2003, Judge Dimitrouleas' office fully implemented and is utilizing the faxback program. The clerk's office scans each document and sends the document via telefax to all parties listed on the Court docket that have supplied the court with their fax number. In the event a party does not have a fax machine, the document is sent via U.S. Mail. If you have a fax machine but have not been receiving your orders via telefax, please complete the enclosed application and return it via fax or U.S. Mail to the Clerk's office. The faxback program alleviates the need to submit self-addressed postage paid envelopes. **Accordingly, until further notice, please submit the original motion, plus one copy with one copy of the order attached to the copy of the motion. The order must include a complete service list with the names and addresses of all parties. Thank you for your cooperation in this matter.**